UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KULSOOM SHAH, et al., | CASE NO. 2:23-cv-1105 MJP |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE |
| v. | |
| UR JADDOU, et al., | |
| Defendant. | |

This matter comes before the Court on the parties Stipulated Motion to Hold the Case in Abeyance. (Dkt. No. 14.) Having reviewed the Motion, the docket, and all relevant materials, the Court GRANTS the Motion.

This case is hereby STAYED. The parties are ORDERED to file a joint status report on or before December 5, 2023.

//

//

//

ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated September 29, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge